THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB A. CANTOR, Appellant, v. THE COUNTY BOARD OF CANVASSERS OF THE COUNTY OF NEW YORK and Others, Respondents.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 11th day of February, 1915, denying a motion to cancel, vacate and annul a statement of the result of a canvass by the county board of canvassers of the county of New York, and a certificate of election issued by the State Board of Canvassers of the State of New York.

PER CURIAM: It is well settled that the court has no inherent power to review the action of the election officers or boards of canvassers, but before it can act must find authority to do so in the Election Law. (*Matter of Tamney* v. *Atkins*, 209 N. Y. 202.) We find no provision of law authorizing the court to vacate the certificates against which this motion was directed. The order should be affirmed, with ten dollars costs and disbursements to the intervenor, respondent, Isaac Siegel. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. Order affirmed, with ten dollars costs and disbursements to intervenor.